

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LETTUCE ENTERTAIN YOU ENTERPRISES, INC., | |
| Plaintiff, | No. 09CV2582 |
| v. | |
| LEILA SOPHIA AR, LLC d/b/a LETTUCE MIX, and SHAHRAM TEHRANI, | Judge Lefkow |
| Defendants. | Magistrate Judge Nolan |

## AGREED ORDER

Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction having been heard in open court this day, and the parties having agreed to the following, it is hereby ordered that:

1. The Defendants shall not use the word "LETTUCE" as, or as part of, a name or service mark of their restaurant, in their marketing material for the restaurant, or otherwise in the conduct of their business until such time as this Court rules on Plaintiff's pending Motion for Preliminary Injunction.

2. In addition, until this Court has ruled on the Plaintiff's Motion for Preliminary Injunction, the Defendants shall cover its current signage of LETTUCE MIX so that it is not visible from any direction.

3. Defendants shall file its brief addressing Plaintiff's objection to the Defendants' current cover of its signage, which reads "LET US BE" and depicts two heads of lettuce, by May 27, 2009, and the matter will be heard by this Court on May 28, 2009, at 10:30 a.m.

4. Defendants shall file their response to Plaintiff's Motion for Preliminary Injunction by June 15, 2009; Plaintiff's shall file its reply brief by July 2, 2009.

5. This Plaintiff's Motion for Preliminary Injunction ~~is~~ *will be* set for a further hearing on ~~July ___, 2009 at ___ a.m.~~ *a date to be determined.*

ENTER:

Dated: May *21*, 2009

/s/ Joan H. Lefkow
Joan Humphrey Lefkow
United States District Judge


| /s/Antony J. McShane | /s/Jay Paul Deratany |
|---|---|
| Antony J. McShane (ARDC No. 6190332) | Jay Paul Deratany |
| William J. Lenz (ARDC No. 6257555) | THE DERATANY FIRM |
| Lara V. Klapper (ARDC No. 6277477) | 77 West Washington Street, Suite 1300 |
| Hillary A. Mann (ARDC No. 6283447) | Chicago, Illinois 60602 |
| NEAL, GERBER & EISENBERG LLP | (312) 857-7285 |
| Two North LaSalle Street, Suite 1700 | |
| Chicago, Illinois 60602 | |
| (312) 269-8000 | *Attorneys for the Defendants* |
| | *Leila Sophia AR, LLC d/b/a LETTUCE MIX* |
| *Attorneys for Plaintiff,* | *and Shahram Tehrani* |
| *Lettuce Entertain You Enterprises, Inc.* | |