**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| LETTUCE ENTERTAIN YOU ENTERPRISES INC | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action. No. 09-CV-2582 Honorable Joan Humphrey Lefkow |
| v. | ) ) ) ) | |
| LEILA SOPHIA AR, LLC D/B/A LETTUCE MIX, AND SHAHRAN TEHRANI | ) ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED
ORDER REGARDING PRELIMINARY INJUNCTION**

Defendant, Leila Sophia Ar, LLC d/b/a Lettuce Mix, by and through its attorneys, hereby

moves this Court to grant Defendants an additional fourteen (14) days to submit to chambers, via

the proposed order mailbox on Judge Lefkow's website, a proposed injunction order, and in

support thereof, Defendant states as follows:

1.      On February 26, 2010, this Court entered an order granting Plaintiff's temporary

restraining order and preliminary injunction.

2.      On April 8, 2010, at a status hearing (and Plaintiff's motion for leave to file first

amended complaint), this Court entered a briefing schedule, allowing Defendant 21 days, or until

April 29, 2010 to file a response, and giving Plaintiff until May 13, 2010, to file a reply.

3.      On April 15, 2010, counsel for Plaintiff sent an e-mail, dated 2:37 p.m., stating

that he had a "proposed agreed order," which was previously ordered to be filed via the proposed

order mailbox on Judge Lefkow's website by April 15, 2010.  (See April 15, 2010, letter attached as exhibit "A").

4.      In his April 15, 2010, correspondence, Plaintiff's counsel stated "If I don't hear from you this afternoon, we will file the proposed Order on behalf of Lettuce Entertain You to ensure our compliance with the Court's April 8th Order."  (See exhibit "A").

5.      Defendant's counsel sent a response e-mail stating that Plaintiff's proposed order language is unacceptable, and that counsel has been unable to review this order's language with their client and co-counsel in order to reach mutually agreeable language.  (See Defendant's response e-mail attached as exhibit "B").

6.      Due to the pendency of other motions before this Court in this matter, Counsel requests an additional fourteen (14) days for both parties to work together in order to submit the proposed agreed injunction order.

7.      This extension does not prejudice the Plaintiff's case in any way being that the parties have well over fourteen days, specifically until May 13, 2010, to file all briefs related to amending Plaintiff's complaint.

WHEREFORE, Defendant, Leila Sophia Ar, LLC d/b/a Lettuce Mix, by and through its undersigned attorneys, respectfully request this honorable court grant the defendant an additional fourteen (14) days, until April 29, 2010, to file a proposed agreed injunction order.

DATED:      April 15, 2010

THE DERATANY FIRM

By: /s/Jay Paul Deratany_____
     Attorney for Defendants

THE DERATANY FIRM
221 North LaSalle Street
Suite 2200
Chicago, IL 60601
(312) 857-7285
Attorney No. 6197097